**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| EDWARD DENNIS RODGERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00077-SNLJ |
| KELLIS THOMPSON AND CHRISTOPHER MONTGOMERY, | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the court on a request to admit and produce discovery and disclosure and "motion of disclosure." Plaintiff, who is *pro se*, filed this document in January 2024. The request to admit and produce discovery and disclosure, [Doc. 34], asks this Court to admit into evidence certain exhibits, including what plaintiff refers to as his "motion of disclosure," [Doc. 34-1].

Plaintiff appears to be confused about the litigation process. This Court cannot admit anything into evidence because this case is not at trial. The parties are in the middle of discovery. To the extent that plaintiff is meaning to respond to one or more of defendants' discovery requests, plaintiff should submit such responses to defendant(s) themselves.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request to admit and produce discovery and disclosure and motion of disclosure [Doc. 34] is DENIED.

Dated this 17th day of May, 2024

                                                                                    _____  
                                                                                   STEPHEN N. LIMBAUGH, JR.  
                                                                                   SENIOR UNITED STATES DISTRICT JUDGE