UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| EDWARD DENNIS RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00077-SNLJ |
| ) | |
| KELLIS THOMPSON AND ) | |
| CHRISTOPHER MONTGOMERY, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM and ORDER**

This matter is before the Court on defendant Christopher Montgomery's unopposed motion to extend Case Management Order (CMO) deadlines. [Doc. 50.] The current CMO lists the following relevant deadlines:

1. May 20, 2024: completion of discovery;

2. June 20, 2024: motions for summary judgment due;

3. July 22, 2024: responses to motions for summary judgment due;

4. August 5, 2024: replies in support of motions for summary judgment due.

[Doc. 18.]

Defendant Montgomery cites multiple reasons why the above CMO deadlines should be extended. These include plaintiff's previous delay in providing his initial disclosures in accordance with the relevant CMO deadline, the possible deficiency of discovery responses plaintiff has provided, and the recent entry of defense counsel into this case. The Court agrees that these are sufficient reasons to extend the above CMO

deadlines and will abide by defendant Montgomery's unopposed suggestion to extend these deadlines by three months each.  The new CMO deadlines are as follows:

1. <u>August 20, 2024</u>: completion of discovery;

2. <u>September 20, 2024</u>: motions for summary judgment due;

3. <u>October 22, 2024</u>: responses to motions for summary judgment due;

4. <u>November 5, 2024</u>: replies in support of motions for summary judgment due.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Montgomery's motion to extend Case Management Order deadlines [Doc. 50] is GRANTED.

Dated this 11th day of June, 2024

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE