# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| EDWARD DENNIS RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00077-SNLJ |
| ) | |
| KELLIS THOMPSON AND ) | |
| CHRISTOPHER MONTGOMERY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's motion to set a trial date. [Doc. 52.] Plaintiff, who is *pro se*, does not provide reasoning why now is an appropriate time to set a date for trial. His request is premature because both the deadlines for summary judgment litigation in the initial Case Management Order, [Doc. 18], and those new deadlines established in the Court's Memorandum and Order dated June 11, 2024 have not yet passed. The Court will not set a date for trial until any motion for summary judgment is ruled upon or, if no such motion is filed, the relevant deadline passes. Plaintiff's motion is consequently denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to set a trial date [Doc. 52] is DENIED.

Dated this 11th day of June, 2024

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE